R. Joseph Barton (Cal. Bar No. 212340)
**THE BARTON FIRM LLP**
1633 Connecticut Avenue NW, Suite 200
Washington DC 20009
Telephone: (202) 734-7046
Email: jbarton@thebartonfirm.com

Michael J. Scimone (admitted pro hac vice)
**OUTTEN & GOLDEN LLP**
685 Third Avenue
25th Floor
New York, NY 10017
Telephone: (212) 245-1000
mscimone@outtengolden.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVON ANDERSON and BEVERLY L. SWEENEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, and SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,<br><br>Defendants,<br><br>and<br><br>SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM,<br><br>Nominal Defendant. | Case No. 4:20-cv-01149-DMR<br><br>**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Donna M. Ryu<br><br>Hearing Date: December 11, 2025<br>Hearing Time: 1:00 p.m. |

I, Michael J. Scimone, declare under penalty of perjury as follows:

1. I am a partner at the firm of Outten & Golden LLP ("O&G"), Plaintiffs' counsel and Class Counsel herein, and a member of O&G's Class Action Practice Group. O&G is a 60+ attorney firm based in New York City, with offices in Washington D.C. and San Francisco, which focuses on representing plaintiffs in a wide variety of employment and civil rights matters, including class action litigation challenging discrimination in employee rights and benefits during periods of military leave for servicemembers in the U.S. military and its reserve and National Guard components.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims.

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**Attorneys' Fees and Hours**

4. O&G's lodestar from the inception of this case through May 28, 2024 is $430,946.50, based on more than 526.30 billable hours of work over four years. The parties previously reached a negotiated agreement on the attorneys fees attributable to this time period during a mediation session with Judge Corley. O&G's lodestar from May 29, 2024 through the present is $63,517.50, based on 86.7 billable hours. In total, O&G's lodestar amounts to $494,464.00 based on 613 hours of work.

5. O&G's work on this case includes time spent on Plaintiff Devon Anderson's individual claims; time spent exclusively on the class claims; and time that is attributable to both sets of claims. A true and correct copy of O&G's time records, split between pre and post May 28, 2024 time and divided among time spent on Anderson's individual claims, time spent on class claims and time spent on both, is attached hereto as Exhibit A. A breakdown of O&G's time in those categories is provided below:

| O&G Time Through May 28, 2024 | | |
|---|---|---|
| **Time Allocation** | **Hours** | **Lodestar** |
| D. Anderson Individual Claims | 52.2 | $49,505.00 |
| Class Claims | 74.7 | $47,005.50 |
| Class/Individual Claims | 399.4 | $334,436.00 |
| **O&G Time Since May 28, 2024** | | |
| **Time Allocation** | **Hours** | **Lodestar** |
| D. Anderson Individual Claims | 0.0 | $0.00 |
| Class Claims | 60.70 | $44,425.50 |
| Class/Individual Claims | 26.0 | $19,092.00 |

6. A core team of three attorneys did the vast majority of the work on this case (performing 85% of the total attorney hours expended). Jahan C. Sagafi, whose experience and qualifications are described below, was the partner responsible for this case from its inception through approximately August 2021, when I joined the case and supervised it through the present. Rachel W. Dempsey, whose experience is also described below, did the majority of the work with our client Devon Anderson to develop the claims in this case and prepare for the early mediation sessions.

7. Wherever possible, O&G assigned work to the lowest billing attorney capable of doing the work.

8. O&G has eliminated hours billed by timekeepers who worked on the case for less than 6 hours. These typically reflect short periods where a paralegal or associate was asked to assist with a brief, research, or other short-term assignment on an as-needed basis. This is a common practice at O&G that allows us to work efficiently and allows our staff to take sufficient personal leave from work and to balance work on other matters.

9. O&G has also removed time entries for duplicative or unnecessary work that would not be billed.

10. O&G prosecuted the litigation efficiently and effectively and coordinated with co-counsel to make every effort to prevent the duplication of work, streamline the work, and settle the litigation early.

11. The work performed – investigating the claims, preparing the complaint, preparing for and attending multiple extensive mediation sessions, and preparing the settlement approval documents reflecting the detailed claims process and programmatic relief – was necessary to achieve the successful result.

**<u>Counsel's Rates</u>**

12. O&G's rates are consistent with the market for attorneys with comparable experience in this district.

13. O&G are highly respected and accomplished class action and civil rights attorneys, who have secured significant victories in high-profile lawsuits, including other discrimination class actions on behalf of DACA recipients. The rates O&G seek are commensurate with the rates of attorneys with comparable experience in this district and are comparable to rates it charges clients who pay fees out of pocket.

14. Courts in this district and others have awarded O&G's requested rates. *See, e.g.*, *Perez v. Discover Bank*, No. 20 Civ. 6896-SI, 2024 WL 4340397, at *4 (N.D. Cal. Sept. 23, 2024) (approving O&G rates up to $1,200 per hour for senior attorneys and up to $350 per hour for paralegals); *Caldwell v. Home Consignment Ctr.*, No. 21 Civ. 2603 (Cal. Super. Ct., Marin Cnty. 2023) (approving O&G rates ranging from $375 for junior associate to $900 for partner); *Zamora v. Lyft, Inc.*, No. 16 Civ. 2558, 2018 U.S. Dist. LEXIS 166618, at *10 (N.D. Cal. Sept. 26, 2018) (approving O&G's hourly rates ranging from $280 to $850 as "reasonable in light of the market for legal services of this type and quality"); *Lopez v. Uber Techs., Inc.*, No. 17 Civ. 6255, 2018 U.S. Dist. LEXIS 196430, at *11 (N.D. Cal. Nov. 14, 2018) (approving O&G's hourly rates of $250 to $850); *Walsh v. CorePower Yoga LLC*, No. 16 Civ. 5610, 2017 U.S. Dist. LEXIS 163991, at *32-33 (N.D. Cal. Oct. 3, 2017) (approving O&G attorney rates ranging from $200 to $775 per hour as "in line with the overall range of market rates in this District for attorneys and for litigation support staff of similar abilities and experience").

**Counsel's Expenses**

15. O&G has spent $9,394.86 in litigation expenses. Nearly all of these expenses – $9,299.73 – were incurred before May 28, 2024. The remaining $95.13 were incurred after that date.

16. The costs for which O&G seek reimbursement here include printing and mailing expenses (including the cost of class notice), legal research fees, document hosting and eDiscovery costs, expert fees, and other reasonable litigation-related costs. A breakdown by category is included below:

| Category | Costs |
|---|---|
| Mailing and Printing | $1,273.35 |
| Legal Research | $1,378.93 |
| Document Hosting & eDiscovery | $1,024.18 |
| Expert fees | $5,000.00 |
| Filing fees | $718.40 |

17. These costs were necessary to prosecute this action and incurred for the benefit of the Class.

**Background and Experience**

18. I have been an attorney at Outten & Golden for 16 years, and a partner since 2020. Nearly 100% of my practice consists of representing employees in class and collective actions challenging workplace practices, and a significant part of my current practice includes claims under USERRA. I joined Outten & Golden's New York office in 2009 as an Associate. I graduated from the City University of New York School of Law in 2009, where I participated in workers' rights litigation through the Immigrant and Refugee Rights Clinic and was a member of the New York City Law Review. Prior to law school, I worked as an organizer for UNITE HERE, an international union representing garment, laundry, and industrial workers in North America. I earned my B.A. in 2001 from Vassar College.

19. I have played a central role in multiple employment class actions, including *Strauch v. Computer Sciences Corp.*, No. 14 Civ. 956, 2018 WL 4539660, at *1 (D. Conn. Sept. 21, 2018), where I was part of the trial team that obtained a jury verdict on behalf of approximately 1,000 computer support workers seeking unpaid overtime. Other representative cases I have litigated include *Perez v. Allstate Ins. Co.*, No. 11 Civ. 1812, 2019 WL 1568398, at *2 (E.D.N.Y. Mar. 29, 2019) ($3.95 million pre-trial settlement on behalf of no-fault insurance adjusters in overtime misclassification case); *Przytula v. Bed Bath & Beyond, Inc.*, No. 17 Civ. 5124, ECF No. 123 (N.D. Ill. Jan. 29, 2019) ($8.5 million settlement on behalf of assistant managers); *Jacob v. Duane Reade, Inc.*, No. 11 Civ. 160, 2017 LEXIS 71663, at *1 (S.D.N.Y. May 5, 2017) ($13.5 million pre-trial settlement on behalf of assistant managers); *Douglin v. Greatbanc Trust Co., Inc.*, No. 14 Civ. 620 (S.D.N.Y. Apr. 24, 2017), ECF No. 103 ($4.75 million settlement in ERISA litigation alleging breach of fiduciary duty); and *Murphy v. LenderLive Network, Inc.*, No. 13 Civ. 3135 (D. Colo. Sept. 2, 2015), ECF No. 169 ($2.4 million pretrial settlement on behalf of mortgage underwriters in overtime misclassification case).

20. I have also served as Lead or Co-Lead Counsel on numerous USERRA cases, including *Anderson, et al. v. The City and County of San Francisco et al.*, No. 20 Civ. 1149 at ECF No. 145 (N.D. Cal. Jun. 18, 2025); *Clarkson v. Alaska Airlines Inc.*, No. 19 Civ. 5, 2020 U.S. Dist. LEXIS 138838, at *16 (E.D. Wash. Aug. 4, 2020); *Scanlan v. Am. Airlines Grp., Inc.*, No. 18 Civ. 4040, 2021 U.S. Dist. LEXIS 194693, at *18 (E.D. Pa. Oct. 8, 2021); *Tsui v. Walmart Inc.*, No. 20 Civ. 12309 at ECF No. 48 (D. Mass. Oct. 15, 2021); and *Cunningham v. Fed. Express Corp*., No. 17 Civ. 845 at ECF No. 108 (M.D. Tenn. Aug. 12, 2019).

21. I have been selected as a Rising Star by Super Lawyers from 2015 through 2021, as a Super Lawyer since 2022, and as a Lawdragon 500 Leading Plaintiff Employment Lawyer since 2020. I am a member of the Sedona Conference's Working Group 1 and have participated in drafting Sedona Conference publications on electronic discovery and civil procedure. I am also an active member of the National Employment Lawyers' Association, and co-chair of its Department of Labor working group. I regularly guest lecture at law school classes and teach

CLE classes on class action litigation, discovery, and employment law and have authored numerous *amicus curiae* briefs in support of plaintiffs in employment law cases.

22. Jahan C. Sagafi is a partner at O&G and the head of its San Francisco office. His practice consists almost exclusively of representing workers in employment class actions (including wage and hour, employment discrimination, and other employment-related disputes). He joined O&G as a partner in 2013 after 11 years at Lieff, Cabraser, Heimann & Bernstein, LLP, where he became a partner in January 2008. He graduated *magna cum laude* from Harvard College in 1994, and graduated from Harvard Law School in 2001, after which he clerked for the Honorable William W Schwarzer, Senior Judge of the United States District Court for the Northern District of California.

23. Mr. Sagafi has represented (and continues to represent) plaintiffs asserting employment claims in representative actions in this District, other federal districts, and California state court. These cases include *Doe v. Google, Inc.*, No. CGC-16-556034 (San Francisco Super. Ct.) ($27,000,000 settlement of claims challenging limitations on speech and disclosure rights of Google employees in 2023); *Clayborne v. Chevron Corp.*, No. 19-cv-07624-JSW (N.D. Cal.) ($1,925,000 settlement for off-the-clock claims on behalf of refinery workers in 2023); *Strauch v. Computer Sciences Corp.*, No. 14 Civ. 956, 2018 WL 4539660, at *1 (D. Conn. Sept. 21, 2018) (jury verdict on behalf of technical support workers who were misclassified as overtime-exempt; settled on appeal in 2021); *Borrego v. Raley's Family of Fine Stores*, 34-2015-00177687 (Sacramento Co. Super. Ct.) (settlement of pregnancy discrimination class action for $2.8 million for approximately 340 women in 2020); *Rabin v. Pricewaterhouse-Coopers LLP*, No. 16-cv-2276-JST (N.D. Cal.) ($11,625,000 settlement of nationwide age discrimination class action on behalf of applicants for introductory accountant positions; programmatic relief); *del Toro Lopez v. Uber Technologies, Inc.*, No. 17-cv-06255-YGR (N.D. Cal.) ($10 million settlement of gender and race discrimination class action on behalf of software engineers in 2018); *Brown v. Permanente Medical Group, Inc.*, No. 16-cv-05272-VC (N.D. Cal.) ($6,255,000 settlement for off-the-clock claims of advice nurses in 2017); *Zajonc v. Morgan Stanley & Co. LLC*, No. 14 Civ. 5563 (N.D. Cal.) ($5,995,000 settlement as part of multi-case

settlement); *Zaborowski v. MHN Gov't Servs.*, No. 12 Civ. 5102 (N.D. Cal.) (military base independent contractor misclassification collective action; arbitration motion defeated and affirmed on appeal, 601 F. App'x 461 (9th Cir. 2014); settled on nationwide class basis for over $12.7 million); *Gonzalez v. Abercrombie & Fitch Stores, Inc.*, Case No. 03 Civ. 2817 SI (N.D. Cal.) ($50 million settlement of race and gender discrimination class action on behalf of store salespeople in 2005) (subject of "White Hot" documentary https://www.netflix.com/title/81323741).

24. Mr. Sagafi is active in many bar organizations and committees. He served as an Attorney Representative for the N.D. Cal. to the Ninth Circuit Judicial Conference from 2020 to 2023; on the Civil Local Rules Attorney Advisory Committee for N.D. Cal. from 2020 to 2022, and is a frequent speaker for the American Bar Association's Labor & Employment Law Section, the National Employment Lawyers' Association, and the American Association for Justice. He is on the boards of several nonprofits, including Legal Aid at Work, People's Parity Project, the American Constitution Society, and the Berkeley Center on Comparative Equality and Anti-Discrimination Law. He has been named as a top 100 lawyer in all fields in Northern California (*Super Lawyers*) (2015-21) (see 2021 cover article at https://tinyurl.com/fifesagafi); a top 75 Labor & Employment Lawyers in California (*The Daily Journal*) (2015-20); a top 500 Leading Plaintiff Employment & Civil Rights Lawyer in the United States (*Lawdragon*) (2018-25); a California "Super Lawyer" (*Super Lawyers*) (2014-21); a Northern California "Rising Star" (*Super Lawyers*) (2009-11), and a "Top 20 California Lawyers Under 40" (*The Daily Journal*) (2011). He also received a Community Justice Award from Centro Legal de la Raza in 2008 for his work in *Gonzalez v. Abercrombie & Fitch Stores, Inc.*, described above).

25. Rachel W. Dempsey was an Associate at O&G in San Francisco from September 2017 to August 2021, and a member of the firm's Class Action Practice Group. Prior to joining the firm, Ms. Dempsey clerked for the Honorable John A. Kronstadt, United States District Court for the Central District of California, and for the Honorable Richard R. Clifton, Ninth Circuit Court of Appeals. Ms. Dempsey received her J.D. in 2015 from Yale Law School, where was a student director of the Education Adequacy Project, representing a group of plaintiffs seeking to

improve standards in Connecticut schools, and a member of the San Francisco Affirmative Litigation Project, assisting the San Francisco City Attorney's Office in complex affirmative litigation in state and federal court. She received her B.A., cum laude, from Yale University in 2009. Ms. Dempsey is admitted to practice in California and the Ninth Circuit.

**Plaintiff Anderson**

26. Before representing Plaintiff in this action, I had no prior relationship with Devon Anderson. I do not represent him in any other matters, and do not anticipate that I will in the future.

Dated: October 21, 2025
New York, NY

Respectfully submitted,

By: */s/ Michael J. Scimone*
**OUTTEN & GOLDEN LLP**
Michael J. Scimone
685 Third Ave., 24th Floor
New York, NY 10017