# Exhibit 2

## Invoices

| Invoice | Date | Total | Refund | Paid |
|---|---|---|---|---|
| 493635 | 05/11/23 | $110.30 | | ✓ |
| 486640 | 04/11/23 | $106.10 | | ✓ |
| 479592 | 03/11/23 | $104.80 | | ✓ |
| 472917 | 02/11/23 | $100.70 | | ✓ |
| 465941 | 01/11/23 | $99.00 | | ✓ |
| 459594 | 12/11/22 | $103.30 | | ✓ |
| 453059 | 11/11/22 | $103.20 | | ✓ |
| 446036 | 10/11/22 | $100.90 | | ✓ |
| 439122 | 09/11/22 | $105.20 | | ✓ |
| 432045 | 08/11/22 | $109.20 | | ✓ |
| 425061 | 07/11/22 | $108.40 | | ✓ |
| 418384 | 06/11/22 | $112.10 | | ✓ |
| 411257 | 05/11/22 | $104.40 | | ✓ |
| 404286 | 04/11/22 | $102.80 | | ✓ |
| 397421 | 03/11/22 | $106.30 | | ✓ |
| 390925 | 02/11/22 | $108.60 | | ✓ |
| 384149 | 01/11/22 | $104.00 | | ✓ |
| 377792 | 12/11/21 | $104.20 | | ✓ |
| 371311 | 11/11/21 | $103.00 | | ✓ |
| 364497 | 10/11/21 | $108.20 | | ✓ |
| 357806 | 09/11/21 | $106.00 | | ✓ |
| 351137 | 08/11/21 | $110.20 | | ✓ |
| 344363 | 07/11/21 | $103.40 | | ✓ |

| | | | |
|---|---|---|---|
| 338058 | 06/11/21 | $100.80 | ✓ |
| 331415 | 05/11/21 | $100.90 | ✓ |
| 324899 | 04/11/21 | $102.90 | ✓ |
| 318426 | 03/11/21 | $102.50 | ✓ |
| 312587 | 02/11/21 | $102.10 | ✓ |
| 306459 | 01/11/21 | $105.70 | ✓ |
| 300713 | 12/11/20 | $100.80 | ✓ |
| 294191 | 11/11/20 | $99.30 | ✓ |
| 287269 | 10/11/20 | $101.20 | ✓ |
| 280480 | 09/11/20 | $99.90 | ✓ |
| 273740 | 08/11/20 | $99.30 | ✓ |
| 267559 | 07/11/20 | $99.60 | ✓ |
| 261343 | 06/11/20 | $99.30 | ✓ |
| 255207 | 05/11/20 | $100.70 | ✓ |
| 249257 | 04/11/20 | $99.10 | ✓ |
| 243660 | 03/11/20 | $99.00 | ✓ |


PacerMonitor, LLC © 2022.