United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEVON ANDERSON, et al.,

Plaintiffs,

v.

THE CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 20-cv-01149-ASK

**ORDER OF DISMISSAL UPON SETTLEMENT**

According to the minute entry for the August 31, 2026, settlement conference with Judge Kang, "[t]he case settled. The Parties reached a final and binding settlement." Dkt. 224. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file. This Order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 120 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: September 8, 2026

AJAY KRISHNAN
United States Magistrate Judge